[No. 13041-6-II.   Division Two.   January 17, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. AVNAR
CURENTON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 175590R090, Robert H. Peterson, J., entered
June 27, 1989. *Dismissed* by unpublished per curiam opin-
ion.

[No. 13136-6-II.   Division Two.   January 17, 1991.]

*In the Matter of the Marriage of* EVELYN MCGREEVY,
*Petitioner, and* LARRY ABBOTT,
*Respondent.*

Appeal from a judgment of the Superior Court for Clark
County, No. 87-3-00986-3, J. Dean Morgan, J., entered
August 11, 1989. *Affirmed* by unpublished opinion per
Alexander, J., concurred in by Worswick, C.J., and Petrich,
J.

[No. 23950-3-I.   Division One.   January 22, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. RONALD E.
PENN, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 88-1-01626-3, Susan R. Agid, J., entered April
17, 1989. *Affirmed* by unpublished opinion per Forrest, J.,
concurred in by Scholfield and Pekelis, JJ.